AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

*FOR THE* DISTRICT OF *RHODE ISLAND*

***SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company***

**V.**

**ALLSTATE INSURANCE COMPANY, as successor to Northbrook Insurance Company**

## SUMMONS IN A CIVIL CASE

CASE NUMBER: ***07-482-ML***

TO: (Name and address of defendant)

**ALLSTATE INSURANCE COMPANY**
***2775 Sanders Road***
***Northbrook, IL 60062***

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

***Gerald J. Petros (#2931)***
***Anna M. Piazza (#7206)***
***Hinckley, Allen & Snyder LLP***
***50 Kennedy Plaza, Suite 1500***
***Providence, RI 02903***

an answer to the complaint which is herewith served upon you, within ***20*** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of the Court within a reasonable period of time after service.

CLERK

DATE 12/31/07

Barbara Barletta
(BY) DEPUTY CLERK

857600

## RETURN OF SERVICE

| Services of the Summons and complaint was made by me [1] | DATE 1-2-08 12:47pm |
|---|---|
| NAME OF SERVER (*PRINT*) Ryan Flaska | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with home the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): By serving Anne Reader / Attorney

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-7-08
*Date*

[signature]
*Signature of Server*

JUDICIAL ATTORNEY SERVICES, INC.
2100 MANCHESTER RD., STE. 900
WHEATON, IL 60187
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.