**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company, Plaintiff, | ) | Civil Action No. 07-482WS |
| vs. | ) | |
| ALLSTATE INSURANCE COMPANY, as successor to Northbrook Insurance Company, Defendant. | ) | |

**ENTRY OF APPEARANCE**

Joseph V. Cavanagh, III hereby enters his appearance as counsel for Defendant Allstate Insurance Company.

ALLSTATE INSURANCE COMPANY

By its Attorneys,

/s/ Joseph V. Cavanagh, III

Joseph V. Cavanagh, Jr. (#1139)
Joseph V. Cavanagh, III (#6907)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel. (401) 831-8900
Fax. (401) 751-7542
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated: January 22, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of January, 2008, the within document was electronically filed via the Electronic Case Filing System of the United States District Court for viewing and downloading from that system and electronic distribution to all counsel of record.

/s/ Joseph V. Cavanagh, III
of Blish & Cavanagh LLP