**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company<br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, as successor to Northbrook Insurance Company<br>Defendant. | Civil Action No. 07-482WS |

**STIPULATION TO EXTEND TIME**

Plaintiff Seaton Insurance Company ("Seaton") and Defendant Allstate Insurance Company ("Allstate"), by their undersigned counsel, hereby stipulate that Allstate shall have up to and including February 15, 2008 to answer or otherwise respond to Seaton's Complaint.

SEATON INSURANCE COMPANY

By its Attorneys,

/ s/ Anna M. Piazza
Gerald J. Petros (#2931
Anna M. Piazza (#7206)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

ALLSTATE INSURANCE COMPANY

By its Attorneys,

/ s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, Jr. (#1139)
Joseph V. Cavanagh, III (#6907)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel. (401) 831-8900
Fax. (401) 751-7542
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated: January 31, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2008, the within document was electronically filed via the Electronic Case Filing System of the United States District Court for viewing and downloading from that system and electronic distribution to all counsel of record.

/ s/ Joseph V. Cavanagh, III
of Blish & Cavanagh LLP