**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

SEATON INSURANCE COMPANY, )
formerly known as Unigard Mutual )
Insurance Company )
Plaintiff, ) Civil Action No. 07-482WS
)
vs. )
)
ALLSTATE INSURANCE COMPANY, )
as successor to Northbrook Insurance )
Company )
Defendant. )

**JOINT MOTION TO EXTEND TIME**

As the parties are actively pursuing settlement of this matter, Plaintiff Seaton Insurance Company ("Seaton") and Defendant Allstate Insurance Company ("Allstate"), by their undersigned counsel, hereby jointly move that the deadline by which Allstate may answer or otherwise respond to Seaton's First Amended Complaint be extended to and including April 1, 2008.

Respectfully submitted,

SEATON INSURANCE COMPANY

By its Attorneys,

/s/ Gerald J. Petros
Gerald J. Petros (#2931
Anna M. Piazza (#7206)
HINCKLEY, ALLEN & SNYDER LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Tel. (401) 274-2000
Fax (401) 277-9600
gpetros@haslaw.com
apiazza@haslaw.com

ALLSTATE INSURANCE COMPANY

By its Attorneys,

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, Jr. (#1139)
Joseph V. Cavanagh, III (#6907)
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, RI 02903
Tel. (401) 831-8900
Fax. (401) 751-7542
jvc@blishcavlaw.com
jvc3@blishcavlaw.com

Dated: February 29, 2008

CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of February, 2008, the within document was electronically filed via the Electronic Case Filing System of the United States District Court for viewing and downloading from that system and electronic distribution to all counsel of record.

/s/ Joseph V. Cavanagh, III
of Blish & Cavanagh LLP