(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Seaton Insurance Company,
formerly known as Unigard Mutual
Insurance Company
Plaintiff(x)

Dkt. No. 07-482WS

v.

Allstate Insurance Company,
as successor to Northbrook Insurance Company
Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

XXXXX/Defendant Allstate Insurance Company hereby moves that Benjamin L. Hincks, Esq. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Joseph V. Cavanagh, III
Signature of Local Counsel

Joseph V. Cavanagh, III
Print Name

Blish & Cavanagh LLP
Firm and Business Address

30 Exchange Terrace

Providence, RI 02903

RI Bar ID # 6907

Email: jvc3@blishcavlaw.com

Tel. # (401) 831-8900

Fax # (401) 490-7640

---

## ORDER

This motion is hereby ✓ GRANTED ____ DENIED

WSmith
District Judge

4/22/08
Date