(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

SEATON INS. CO., formerly known as Unigard Mut. Ins. Co.
Plaintiff(s)

v.
ALLSTATE INS. CO., as successor to Northbrook Ins. Co.
Defendant(s)

Dkt. No. 07-482

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant SEATON INSURANCE COMPANY hereby moves that BRIAN E. O'DONNELL, ESQ. be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Gerald J. Petros
Signature of Local Counsel

Gerald J. Petros, Esq.
Print Name

Hinckley, Allen & Snyder LLP
Firm and Business Address

50 Kennedy Plaza, Suite 1500

Providence, RI 02903

RI Bar ID # 2931

Email: gpetros@haslaw.com

Tel. # (401) 274-2000

Fax # (401) 277-9600

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date