**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| SEATON INSURANCE COMPANY, formerly known as Unigard Mutual Insurance Company,<br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, as successor to Northbrook Insurance Company,<br>Defendant. | Civil Action No. 07-482S-LDA |

**STIPULATION OF DISMISSAL**

THIS MATTER having been resolved by and between Plaintiff, Seaton Insurance Company ("Seaton"), and Defendant, Allstate Insurance Company ("Allstate"), it is hereby agreed and stipulated as follows:

1. Seaton hereby voluntarily dismisses its Complaint against Allstate in the captioned action pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own attorneys' fees and costs incurred in this action.

3. This dismissal is with prejudice as to all claims asserted by Seaton arising out of:

(a) Amounts owed by Allstate to Seaton under Reinsurance Certificate 63-300-063 in connection with certain environmental claims at issue in the matter styled *CBS Operations, Inc. v. Admiral Ins. Co.*, Docket No. SOM-L-1739-99, Superior Court of New Jersey, Law Division, Somerset County (the "Settled Gulf & Western Claims"), except for certain expense amounts, identified in Paragraph 4(a) below; and

(b) Amounts owed by Allstate to Seaton under Reinsurance Certificate 63-300-069 in connection with the environmental claims at issue in the dispute between Seaton and Tesoro Petroleum Corporation (the "Settled Tesoro Claims").

4. This dismissal is without prejudice as to any and all claims asserted by Seaton arising out of:

(a) Certain loss adjustment expenses which have not yet been billed by Seaton to Allstate in connection with the Settled Gulf & Western Claims;

(b) Any losses reinsured under Reinsurance Certificate 63-300-063 which are outside the scope of the Settled Gulf & Western Claims; and

(c) Any losses reinsured under Reinsurance Certificate 63-300-069 which are outside the scope of the Settled Tesoro Claims.

Respectfully submitted,

SEATON INSURANCE COMPANY

/s/ Gerald J. Petros
Gerald J. Petros (#2931)
Hinckley, Allen & Snyder LLP
50 Kennedy Plaza, Suite 1500
Providence, RI 02903
Phone: (401) 274-2000
Fax: (401) 277-9600
gpetros@haslaw.com

Brian E. O'Donnell
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962-1981
Phone: (973) 538-0800
Fax: (973) 538 -1984
bodonnell@riker.com

ALLSTATE INSURANCE COMPANY

/s/ Joseph V. Cavanagh, III
Joseph V. Cavanagh, III (#6907)
Blish & Cavanagh, LLP
30 Exchange Terrace, Commerce Center
Providence, RI 02903
Phone: (401) 831-8900
Fax: (401) 751-7542
jvc3@blishcavlaw.com

Benjamin L. Hincks
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC
One Financial Center
Boston, MA 02111
Phone: (617) 542-6000
Fax: (617) 542-2241
bhincks@mintz.com

Dated: July 7, 2008